UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

High Frequency Trading Systems LLC

              Plaintiff(s),              Case No. 2:17-cv-10819-DML-DRG

v.                                              Judge  David M. Lawson

Trumid Financial, LLC              Magistrate Judge  David R. Grand

              Defendant(s).
_____/

**STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

      Pursuant to E. D. Mich. LR 83.4, High Frequency Trading Systems LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [ ]    No [✓]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [ ]    No [✓]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date:  March 15, 2017              /s/ Eric A. Bean

                                                      P48676
                                                      Jackier Gould, PC
                                                     121 W. Long Lake Road, Ste 200
                                                   Bloomfield Hills, MI 48304
                                                   248-642-0500
                                                   ebean@jackiergould.com