UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HIGH FREQUENCY TRADING
SYSTEMS LLC,

          Plaintiff,

                                    Case Number 17-10819
v.                                    Honorable David M. Lawson

TRUMID FINANCIAL, LLC,

          Defendant.
_____/

## ORDER OF DISMISSAL

On June 2, 2017, the plaintiff submitted to the Court a notice of voluntary dismissal of its claims against the defendant.  The defendant has not answered or otherwise responded to the complaint.  The Court therefore will dismiss the case.  Fed. R. Civ. P. 41(a)(1)(A).

Accordingly, it is **ORDERED** that the case is **DISMISSED**.

                                      s/David M. Lawson
                                      DAVID M. LAWSON
                                      United States District Judge

Dated:   June 8, 2017

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 8, 2017.

                    s/Susan Pinkowski
                    SUSAN PINKOWSKI